**UNITED STATES of America, Appellee,**

v.

**Clifford Wallace FAVELL, Appellant.**

**No. 71–1070.**

United States Court of Appeals, Eighth Circuit.

June 21, 1971.

Marvin S. Wood, Clayton, Mo., for appellant.

Robert B. Schneider, Asst. U. S. Atty., Daniel Bartlett, Jr., U. S. Atty., St. Louis, Mo., for appellee.

Before LAY, HEANEY and BRIGHT, Circuit Judges.

PER CURIAM.

This appeal arises out of a conviction on three counts of unlawful possession of stolen mail matter under 18 U.S.C.A. § 1708.

We find sufficient evidence to support the judgment of conviction and further find no merit in the other claims of error asserted on appeal. The judgment of conviction is affirmed.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**IRONWORKERS LOCAL UNION NO. 290, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL AND ORNAMENTAL IRON WORKERS, AFL-CIO, Respondent.**

**No. 20920.**

United States Court of Appeals, Sixth Circuit.

June 9, 1971.

Stanley R. Zirkin, N.L.R.B., Washington, D. C., Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, Leonard M. Wagman, Atty., N.L.R.B., Washington, D. C., on the brief, for petitioner.

Jack Gallon, Toledo, Ohio, Ted Iorio, Toledo, Ohio, on the brief, for respondent.

Before PECK, BROOKS and KENT, Circuit Judges.

This cause came on to be heard on the record and briefs of counsel. The Board petitions for enforcement of its order found at 184 N.L.R.B. No. 21. On consideration of the briefs, the record and the arguments of counsel, it appears to the Court that the findings and order of the Board are supported by substantial evidence on the record as a whole.

Now, therefore, it is ordered that the order of the Board be and it is hereby enforced.